IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE R. SUSKE, | No. 2:19-CV-0959-DMC |
|     Plaintiff, | |
|     v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On July 18, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to submit service documents to the United States Marshal. A review of the docket reflects that plaintiff has filed a notice of submission of the required documents to the United States Marshal. Accordingly, the July 18, 2019, order to show cause is hereby discharged.

       IT IS SO ORDERED.

Dated: August 13, 2019

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE