Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
   JENNIE R. SUSKE

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE R. SUSKE,<br><br>   Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:19-cv-00959-DMC<br><br>STIPULATION AND ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY JENNIE R. SUSKE |

The parties hereby stipulate and agree this date of February 13, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **February 3, 2019** to **March 2, 2020** with all other deadlines likewise extended. This is Plaintiff's second extension of time.

The good cause supporting this stipulation includes, but is not limited to, designation of motion development to Mr. Ragnes whose pneumonia has recurred in January, and current motion status cannot with diligence meet professional standards.

/ / /

/ / /

---

1

STIPULATION AND ORDER                                  Case No. 2:19-cv-00959-DMC

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>   Counsel, Region IX, Soc. Sec. Admin.<br>BEN A. PORTER, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: */s/ BEN A. PORTER*<br>Daniel P. Talbert, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

Dated: February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE